UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

BILLMAN PROPERTY, LLC,

                                    Plaintiff,

        v.

BANK OF AMERICA, N.A., INC., et al.,

                                    Defendants.

Case No. 2:15-cv-00088-MMD-PAL

ORDER

Plaintiff Billman Property, LLC, a limited liability company, initiated this action *pro se*. Because Plaintiff cannot represent itself, the Court will grant Defendant Bank of America, N.A.'s ("BANA") Motion to Dismiss ("Motion") (dkt. no. 10).

In its Motion, BANA argues that this action should be dismissed because Plaintiff, a limited liability company, is not represented by a licensed attorney. (*Id.* at 4-5.) The Court agrees. It is well established that a corporate entity must be represented by a licensed attorney. *See United States v. High Country Broad. Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993) (per curiam) ("A corporation may appear in federal court only through licensed counsel.")  Plaintiff has had ample notice of the need to retain counsel. In fact, the Court previously dismissed a lawsuit that Plaintiff filed against the same Defendants because Plaintiff was not represented by counsel. *See Billman Prop., LLC v. Bank of Am., N.A.*, No. 2:14-cv-01230-RCJ-VCF (D. Nev. Oct. 15, 2014). Moreover, this Court gave Plaintiff until March 10, 2015, to retain counsel. (Dkt. no. 12 at 3.) Because Plaintiff has not retained counsel, Plaintiff cannot continue to pursue this action.

It is therefore ordered that Defendant Bank of America, N.A.'s Motion to Dismiss (dk. no. 10) is granted.

It is further ordered that the following motions are denied as moot: Motion to Enforce Settlement (dkt. no. 15), Motion to Strike (dkt. no. 26), Motion to Dismiss (dkt. no. 29).

The Clerk is directed to enter judgment in favor of Defendants and close this case.

DATED THIS 10th day of September 2015.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE